IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| RHONDA EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-6040-CV-SJ-FJG-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration ) | |
| ) | |
| Defendant. ) | |

## ORDER

Currently pending before the Court is Defendants' Motion for Final Judgment (Doc. # 4). On June 26, 2002, the Court remanded this case pursuant to 42 U.S.C. § 405(g), sentence 6, because the cassette tape of the oral hearing was partially inaudible. Defendant states that upon remand, an administrative hearing was held, after which the ALJ issued a favorable decision on January 13, 2004, finding that plaintiff met the disability requirements.

Accordingly, as there is no longer a case or issue properly before the Court, the Court hereby **GRANTS** defendant's Motion for Final Judgment (Doc. # 4) and hereby DISMISSES this action.

Date: May 10, 2005  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge